No. 05–7632.  GONZALES-LARA *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 05–7633.  HUNT *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 05–7634.  HOUSE *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–7635.  GARCIA-OCHOA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–7636.  WALKER *v.* SCHRIRO, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 05–7637.  GRIFFIN *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 05–7638.  HAGAN *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 05–7641.  GARCIA *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 05–7642.  GUIZAR-NAJERA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–7643.  GUEVARA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–7644.  HARRINGTON *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 05–7646.  MADORI *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 05–7649.  MARTINEZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–7650.  GARDUNO-HERMOSA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–7651.  SEGURA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 05–7652.  ROBINSON *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.